UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA MARTHA MERINO,

    Plaintiff,

v.                                                                          Case No. 6:17-cv-1283-RBD-NWH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, the Court entered judgment in favor of Plaintiff. (Docs. 20, 21.) Plaintiff's counsel then moved for an award of attorney's fees under 42 U.S.C. § 406(b)(1), which motion Defendant did not oppose. (Docs. 29, 31.) On referral, U.S. Magistrate Judge Nathan W. Hill entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 32 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 32) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.     Plaintiff's counsel's motion (Doc. 29) is **GRANTED**.

3.     Plaintiff's counsel is **AUTHORIZED** to charge and collect $8,505.11

from Plaintiff in attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 25, 2026.



ROY B. DALTON, JR.
United States District Judge

2